AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| VICTORY GRIPS LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2023-cv-60446-RAR |
| ANTHONY PORTUGAL, BRIDGETTE PORTUGAL AND DECEITFUL STRENGTH, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANTHONY PORTUGAL
2770 N.E. 53rd Court
Lighthouse Point, FL 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
Armstrong Teasdale LLP
355 Alhambra Circle, Suite 1250
Coral Gables, FL 33134
(305) 371-8809
miamiefiling@atllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Mar 10, 2023

s/ S.Carlson
Deputy Clerk
U.S. District Courts

SUMMONS